to Cuyahoga Appeals. Judg. reversed. Marshall, CJ., Jones, Matthias, Day, Kinkade and Robinson, JJ., concur. Dock. 3-26-26, 4 Abs. 223.

19766—New Amsterdam Casualty Co. v. Abraham Nadler et. Error to Mahoning Appeals. Judg. reversed. Marshall, CJ., Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 4-12-26, 4 Abs. 255.

19815—State, ex Crabbe, Att. Gen. v. City of Cleveland; error to Cuyahoga Appeals. Judg. reversed. Marshall, CJ., Jones, Matthias, Day and Allen, JJ., concur. Robinson, J., not participating. Dock. 5-11-26, 4 Abs. 322.

19834—Harriet A. Gardner et al. v. Lottie Kern; error to Sandusky Appeals. Judg. affirmed. Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Marshall, CJ., dissents. Dock. 5-21-26, 4 Abs. 338; OS. Pend. 4 Abs. 520.

20018—State of Ohio, ex Galloway, v. Industrial Com. In Mandamus. Demurrer to petition sustained. Marshall, CJ., Jones, Matthias, Day, Kinkade and Robinson, JJ., concur. Dock. 7-28-26, 4 Abs. 525; OS. Pend. 4 Abs. 721.

20041—Emma Matzinger and Paul Matzinger v. Harvard Lumber Co; certified by Cuyahoga Appeals. Judg. modified and affirmed. Marshall, CJ., Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 8-3-26, 4 Abs. 542; OS. Pend. 4 Abs. 753.

20089—State, ex Janson v. David Eschliman. In Quo Warranto. Demurrer to answer overruled and petition dismissed. Marshall, CJ., Jones, Matthias, Day, Allen, and Kinkade, JJ., concur. Robinson, J., not participating. Dock. 9-11-26, 4 Abs. 623; OS. Pend. 4 Abs. 786.

20093—State, ex rel. Sarah H. Turner, v. Bremen Village. In Mandamus. Demurrer to petition sustained. Marshall, CJ., Jones, Matthias, Day, Allen and Kinkade, JJ., concur. Robinson, J., not participating. Dock. 9-20-26, 4 Abs. 631.

## MOTION DOCKET

19944—Clemmer-Johnson Co. v. J. E. Moss Iron Works Co. et al. Motion for Summit Appeals to certify. Overruled. Dock. 6-30-26, 4 Abs. 476; OS. Pend. 4 Abs. 604.

19949—Alice P. Penfield v. Reichlin-Reidy-Scanlon Co. Motion for Lorain Appeals to certify. Overruled. Dock. 7-2-26, 4 Abs. 476; OS. Pend. 4 Abs. 618.

19963—Helen Haas v. Cleveland Railway Co. et al. Motion for Cuyahoga Appeals to certify. Overruled. Dock. 7-8-26, 4 Abs. 476; OA. 4 Abs. 334; OS. Pend. 4 Abs. 635.

19969—City of Cleveland v. Helen Haas et. Motion for Cuyahoga Appeals to certify. Overruled. Dock. 7-12-26, 4 Abs. 493.

19971—Eva Leach v. Xenia (City), Ohio. Motion for Greene Appeals to certify. Overruled. Dock. 7-13-26, 4 Abs. 493; OS. Pend. 4 Abs. 651.

19975—Indemnity Ins. Co. v. Garfield Heights (Vil.), et al. Motion for Cuyahoga Appeals to certify. Overruled. Dock. 7-14-26, 4 Abs. 493; OS. Pend. 4 Abs. 6l3.

19981—Russell Hankins v. Carl V. Ende et al. Motion for Hardin Appeals to certify. Overruled. Dock. 7-15-26, 4 Abs. 493; OS. Pend. 4 Abs. 665.

20014—Jennie Hickman v. Xenia (City). Motion for Greene Appeals to certify. Overruled. Dock. 7-28-26, 4 Abs. 525; OS. Pend. 4 Abs. 721.

20015—Louis Overstreet v. Xenia (City). Motion for Greene Appeals to certify. Overruled. Dock. 7-28-26, 4 Abs. 525.

20016—John Allen v. Xenia (City). Motion for Greene Appeals to certify. Overruled. Dock. 7-28-26, 4 Abs. 525.

20013—State, ex rel. Galloway, v. Industrial Comm. Demurrer to petition. Sustained. Dock. 7-28-26, 4 Abs. 525; OS. Pend. 4 Abs. 721.

20020—Francis Burk et v. Frank Link et al. Motion for Cuyahoga Appeals to certify. Overruled. Dock. 7-28-26, 4 Abs. 525; OS. Pend. 4 Abs. 722.

20020—Francis Burke et al. v. Frank Link et al. Motion by defendant to dismiss pet. err. filed as of right. Sustained. Dock. 7-28-26, 4 Abs. 525; OS. Pend. 4 Abs. 722.

20021—Adolph Knoll v. Frank Seifert. Motion for Medina Appeals to certify. Overruled. Dock. 7-29-26, 4 Abs. 525; OS. Pend. 4 Abs. 722.

20025—Irene L. Wells et al v. Thomas J. Canovan et. Motion for Cuyahoga Appeals to certify. Dock. 7-29-26, 4 Abs. 525; OS. Pend. 4 Abs. 722.

20029—Park Comm'rs of Cleveland Metrop. District v. Virgil C. Wyman et al. Motion for Medina Appeals to certify. Allowed. Dock. 7-31-26, 4 Abs. 525; OS. Pend. 4 Abs. 722.

20031—Edna G. Roath v. Wood Motor Co. Motion for Summit Appeals to certify. Overruled. Dock. 7-31-26, 4 Abs. 525; OS. Pend. 4 Abs. 753.

20032—Hal G. Knight v. Bertha Hall. Motion for Summit Appeals to certify. Overruled. Dock. 7-31-26, 4 Abs. 527; OS. Pend. 4 Abs. 739.

20035—Maryland Casualty Co. v. Daniel McDiarmid. Motion for oMntgomery Appeals to certify. Allowed. Dock. 8-2-26. 4 Abs. 527; OA. 4 Abs. 762.

20038—Alice P. Penfield v. Reichlin-Reidy-Scanlon Co. Motion for Lorain Appeals to certify. Overruled. Dock. 8-3-26, 4 Abs. 541; OS. Pend. 4 Abs. 754.

20043—Dayton Rubber Mfg. Co. v. Robert F. Brown. Motion for Montgomery Appeals to certify. Allowed. Dock. 8-4-26, 4 Abs. 542; OS. Pend. 4 Abs. 738.

20049—Midwest Color Offset Co. v. Thermal Electric Co. Motion for Hamilton Appeals to certify. Allowed. Dock. 8-6-26, 4 Abs. 542; OS. Pend. 4 Abs. 754.

20050—Northern Ohio Light & Power Co. v. Pennsylvania Railroad Co. Motion for Summit Appeals to certify. Overruled. Dock. 8-6-26, 4 Abs. 542; OS. Pend. 4 Abs. 740.

20059—State ex E. B. Stivers, Pros. Atty, Brown County, v. W. H. Dawley et al. Motion for Brown Appeals to certify. Overruled. Dock. 8-14-26; 4 Abs. 557; OS. Pend. 4 Abs. 754.

20061—Oakwood Real Estate Co. v. Edward H. Nolte et al. Motion for Montgomery Appeals to certify. Overruled. Dock. 8-18-26, 4 Abs. 574; OA. 4 Abs. 658; OS. Pend. 4 Abs. 755.

20062—Oakwood Real Estate Co. v. Margaret Symmes et al. Motion for Montgomery Appeals to certify. Overruled. Dock. 8-18-26, 4 Abs. 574.

20063—Oakwood Realty Co. v. Leo C. Wildermuth. Motion for Montgomery Appeals to certify. Overruled. Dock. 8-18-26, 4 Abs. 574.

20074—Fostoria (City), v. Horace A. Elder et al. Motion for Seneca Appeals to certify. Overruled. Dock. 8-27-26, 4 Abs. 606; OS. Pend. 4 Abs. 756.

20089—State of Ohio, ex rel. Janson, v. David Eschliman, etc. Demurrer to answer. Overruled. Dock. 9-11-26, 4 Abs. 623; OS. Pend. 4 Abs. 786.

20093—State, ex Sarah H. Turner, v. Bremen Village. Demurrer to petition. Sustained. Dock. 9-20-26, 4 Abs. 631.

20095—Claude Hendrix v. State. Motion to file petition in error to Brown Appeals. Overruled. Dock. 9-22-26, 4 Abs. 655.

20096—John A. Decker, Admr. v. O. R. Beckwith et al. Motion for Ashtabula Appeals to certify. Overruled. Dock. 9-24-26, 4 Abs. 655.

20097—Walter A. Eaton v. O. R. Beckwith et al. Motion for Ashtabula Appeals to certify. Overruled. Dock. 9-24-26, 4 Abs. 655.

20098—Loretta M. Eaton v. O. R. Beckwith et al. Motion for Ashtabula Appeals to certify. Overruled. Dock. 9-24-26, 4 Abs. 655.

20099—Reid C. Pierce v. O. R. Beckwith, et. al. Motion for Ashtabula Appeals to certify. Overruled. Dock. 9-24-26, 4 Abs. 655.